```
                                                              FILED
 1  Clyde A. Thompson, SBN 72920
    Rebecca S. Widen, SBN 219207                            NOV - 8 2005
 2  HAAPALA, ALTURA, THOMPSON & ABERN LLP
    1939 Harrison Street, Suite 800
 3  Oakland, California 94612-3533                        RICHARD W. WIEKING
    Tel:   510-763-2324                                CLERK, U.S. DISTRICT COURT
 4  Fax:   510-273-8570                              NORTHERN DISTRICT OF CALIFORNIA

 5  Attorneys for Defendants
    COUNTY OF ALAMEDA, CHARLES C. PLUMMER,
 6  RONALD KAHO'ALI'I, WILLIAM LAM, MICHAEL GALLARDO,
    and FRANK BUSCHHUETER
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO

| | |
|---|---|
| CRAIG FERRY, JR., | Case No.: C05-02788 MHP |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| COUNTY OF ALAMEDA, a governmental entity; CHARLES C. PLUMMER, in his capacity as Sheriff for the COUNTY OF ALAMEDA; RONALD KAHO'ALI'I, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; WILLIAM LAM, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; MICHAEL GALLARDO, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; FRANK BUSCHHUETER, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; and DOES 1 through 25, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff CRAIG FERRY, JR. and all defendants, through their counsel, that the Case Management Conference currently scheduled for <u>November 21, 2005 at 4:00 p.m.</u>, be rescheduled to <u>November 28, 2005 at 4:00 p.m.</u> The

//

//

---

1

*Ferry v. County of Alameda, et al.*/Case #C05-02788 MHP
Stipulation And Proposed Order Re Continuation Of Initial Case Management Conference

1  parties will file their Joint Case Management Conference Statement on or before
2  November 21, 2005.
3  Dated: November 3, 2005          LAW OFFICES OF GAYLA B. LIBET
4
5                                    By: *Gayla B. Libet*
6                                         Gayla B. Libet
                                           Attorneys For Plaintiffs
7  Dated: November 3, 2005          HAAPALA, ALTURA
                                    THOMPSON & ABERN, LLP
8
9
10                                   By: *Rebecca S. Widen*
                                          Rebecca S. Widen
11                                        Attorneys for Defendants
                                          COUNTY OF ALAMEDA, CHARLES C.
12                                        PLUMMER, RONALD KAHO'ALI'I, WILLIAM
                                          LAM, MICHAEL GALLARDO, and
13                                        FRANK BUSCHHUETER
14         IT IS SO ORDERED.
15  Dated: 11/7/05
16
17                                        _____
                                          The Honorable Marilyn H. Patel
18
19
20
21
22
23
24
25
26
27
28

                                          2
*Ferry v. County of Alameda, et al./Case #C05-02788 MHP*

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Pac Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534