Dec 08 05 04:38p    Law Ofcs of John L Burris    15108395221    p.2
Dec. 8. 2005 3:07PM    HAAPALA ALTURA2 510-273-8570    No.8277    P. 3
Case 3:05-cv-02788-MHP    Document 22    Filed 12/13/05    Page 1 of 2

1  Clyde A. Thompson, SBN 72920
   Rebecca S. Widen, SBN 219207
2  HAAPALA, ALTURA, THOMPSON & ABERN LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612-3533
   Tel:   510-763-2324
4  Fax:   510-273-8570

5  Attorneys for Defendants
   COUNTY OF ALAMEDA, CHARLES C. PLUMMER,
6  RONALD KAHO'ALI'I, WILLIAM LAM, MICHAEL GALLARDO,
   and FRANK BUSCHHUETER
7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 CRAIG FERRY, JR.,                )  Case No.: C05-02788 MHP
                                    )
11            Plaintiff,             )  STIPULATION AND PROPOSED
                                    )  ORDER REMOVING CASE FROM ADR
12     vs.                          )  PROGRAM
                                    )
13 COUNTY OF ALAMEDA, a governmental )
   entity; CHARLES C. PLUMMER, in his)
14 capacity as Sheriff for the COUNTY OF)
   ALAMEDA; et al.,                 )
15                                   )
              Defendants.            )
16                                   ))

17     IT IS HEREBY STIPULATED by and between Plaintiff CRAIG FERRY, JR. and all

18 defendants, through their counsel, that this matter be removed from the Court's ADR program.

19 The parties have opted to participate in private mediation with retired Judge Alfred Chiantelli,

20 scheduled to take place on January 27, 2005.

21 Dated: December 8, 2005         LAW OFFICES OF JOHN BURRIS
22
23                                 By: _____
                                       John Burris
24                                     Attorneys For Plaintiffs

25 Dated: December 8, 2005         HAAPALA, ALTURA
                                   THOMPSON & ABERN, LLP
26
27                                 By: _____/S/_____
                                       Rebecca S. Widen
28                                     Attorneys for Defendants

1

*Ferry v. County of Alameda, et al./Case #C05-02788 MHP*

1   IT IS SO ORDERED.

2   Dated: 12/9/2005



_____
Judge Marilyn H. Patel