Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
HAAPALA, ALTURA, THOMPSON & ABERN LLP
1939 Harrison Street, Suite 800
Oakland, California 94612-3533
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys for Defendants
COUNTY OF ALAMEDA, CHARLES C. PLUMMER,
RONALD KAHO'ALI'I, WILLIAM LAM, MICHAEL GALLARDO,
and FRANK BUSCHHUETER

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CRAIG FERRY, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a governmental entity; CHARLES C. PLUMMER, in his capacity as Sheriff for the COUNTY OF ALAMEDA; RONALD KAHO'ALI'I, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; WILLIAM LAM, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; MICHAEL GALLARDO, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; FRANK BUSCHHUETER, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: C05-02788 MHP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS** |

IT IS HEREBY STIPULATED by and between Plaintiff CRAIG FERRY, JR. and Defendants, COUNTY OF ALAMEDA, CHARLES C. PLUMMER, RONALD KAHO'ALI'I, WILLIAM LAM, MICHAEL GALLARDO, and FRANK BUSCHHUETER, through their counsel, that the above-captioned action be and hereby is dismissed with prejudice as to these defendants, pursuant to FRCP 41(a).

1

*Ferry v. County of Alameda, et al.*/Case #C05-02788 MHP
Stipulation And Order Of Dismissal With Prejudice As To Defendants

The parties shall be responsible for the payment of their own court costs and attorneys' fees.

Dated: ~~February~~ Mar 15 __, 2006

LAW OFFICES OF JOHN L. BURRIS

By: ______________________________
John L. Burris
Attorneys For Plaintiff

Dated: February __, 2006

LAW OFFICES OF GAYLA B. LIBET

By: ______________________________
Gayla B. Libet
Attorneys For Plaintiff

Dated: ~~February~~ May 4 __, 2006

HAAPALA, ALTURA
THOMPSON & ABERN, LLP

By: ______________________________
Rebecca S. Widen
Attorneys for Defendants

IT IS SO ORDERED.

Dated: May 5, 2006

The H

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

The parties shall be responsible for the payment of their own court costs and attorneys' fees.

Dated: February __, 2006

LAW OFFICES OF JOHN L. BURRIS

By:____________________________
John L. Burris
Attorneys For Plaintiff

Dated: ~~February~~ March 13, 2006

LAW OFFICES OF GAYLA B. LIBET

By: Gayla B. Libet
Gayla B. Libet
Attorneys For Plaintiff

Dated: February __, 2006

HAAPALA, ALTURA
THOMPSON & ABERN, LLP

By:____________________________
Rebecca S. Widen
Attorneys for Defendants

IT IS SO ORDERED.

Dated:__________________

____________________________
The Honorable Marilyn H. Patel

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

2

*Ferry v. County of Alameda, et al.*/Case #C05-02788 MHP
Stipulation And Order Of Dismissal With Prejudice As To Defendants